MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANN MARIE URSINI (CABN 269131)
Special Assistant United States Attorney
    150 South Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5588
    Facsimile: (408) 535-5037
    annmarie.ursini@usdoj.gov

Attorneys for the United States

**FILED**

NOV 23 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 11-70446 HRL |
|     Plaintiff, ) | |
| v. ) | [~~PROPOSED~~] ORDER TO DISMISS ~~COMPLAINT~~ |
| IGNACIO ROBLES-ALVAREZ, ) | |
|     Defendant. ) | |

### [PROPOSED] ORDER

Upon application of the United States, and good cause having been shown therefor, **IT IS HEREBY ORDERED** that the above-captioned complaint is DISMISSED WITHOUT PREJUDICE.

DATED: 11/23/11

_____
HOWARD R. LLOYD
United States Magistrate Judge

3